JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAAM CONSTRUCTION INC, a California corporation,<br><br>　　　Plaintiff and Counter Defendant,<br><br>　　　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Defendant and Counter Claimant. | Case No. 2:25-cv-04681-SPG-AJR<br><br>**JUDGMENT** |

Pursuant to the Order Granting Motion for Summary Judgment, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.　Judgment is entered for Defendant and Counter Claimant United States of America on the Complaint, (ECF No. 1), and Counterclaim, (ECF No. 9).

2.　Defendant is awarded damages against Plaintiff RAAM Construction, Inc., in the total amount of $574,305.84, plus interest as allowed by law.

**IT IS SO ORDERED.**

DATED:  June 23, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-